KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA YUNI and PAUL FRIEDMAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DAVID STILL, DISTRICT DIRECTOR OF THE SAN FRANCISCO OFFICE OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No. C-05-3815-EMC<br><br>**STIPULATION TO EXTEND DEADLINE FOR ANSWER** ; ORDER |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will serve their answer on or before December 5, 2005.

Date: November 21, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: November 21, 2005

/s/
JAMES M. BYRNE
Law Offices of James M. Byrne
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 23, 2005

EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Edward M. Chen

[1] I, Edward A. Olsen, attest that both plaintiffs' attorney and I have signed this stipulation and will produce the original signed copy upon request