1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
   CHRISTINA YUNI and PAUL          )   No. C-05-3815-EMC
13 FRIEDMAN,                        )
                                    )
14      Plaintiffs,                 )   **STIPULATION TO DISMISS; AND**
                                    )   **[PROPOSED] ORDER**
15      v.                          )
                                    )
16 MICHAEL CHERTOFF, SECRETARY,     )
   DEPARTMENT OF HOMELAND           )
17 SECURITY; DAVID STILL, DISTRICT  )
   DIRECTOR OF THE SAN FRANCISCO    )
18 OFFICE OF THE UNITED STATES      )
   CITIZENSHIP AND IMMIGRATION      )
19 SERVICES,                        )
                                    )
20      Defendants.                 )
                                    )
21

22      Plaintiffs, by and through their attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action in light of the fact that the defendants have approved Christina Yuni's Form

25 I-485 application to adjust her status to lawful permanent resident.

26      Each of the parties shall bear their own costs.

27

28

STIPULATION TO DISMISS
C 04-3815-EMC                               1

| | |
|---|---|
| Date: November 22, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: November 22, 2005 | /s/<br>JAMES M. BYRNE<br>Law Offices of James M. Byrne<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 30, 2005

EDWARD ~~~~~~~~
United Sta~~~~~~ Judge Edward M. Chen

---

[1] I, Edward A. Olsen, attest that both Attorney James Byrne and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 04-3815-EMC                                    2